

# Fourth Court of Appeals
## San Antonio, Texas

December 12, 2016

No. 04-16-00609-CV

Jason Jeremy **MATTHEWS**,
Appellant

v.

Layna Marie **MATTHEWS**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-00535
Honorable Stephani A. Walsh, Judge Presiding

## O R D E R

On December 6, 2016, this court received appellant's brief, even though the brief was not yet due. The brief violates Rule 38.1 of the Texas Rules of Appellate Procedure in the following respects: (1) it does not contain any citations to the clerk's record and reporter's record as required by Rule 38.1(i); (2) it does not contain any citations to legal authority as required by Rule 38.1(i); and (3) it does not contain a certificate of compliance as required by Rule 9.4(i)(3). *See* TEX. R. APP. P. 38.1(i), 9.4(i)(3). In addition, the appendix to the brief does not contain a copy of the trial court's judgment being appealed as required by Rule 38.1(k)(1). *See* TEX. R. APP. P. 38.1(k)(1). It is therefore ORDERED that the brief filed by the appellant is STRICKEN from our record for noncompliance with Rule 38.1.

It is FURTHER ORDERED that appellant file an amended brief complying with the requirements of Rule 38.1 within thirty (30) days from the date the complete clerk's record and reporter's record are filed with this court. *See* TEX. R. APP. P. 38.6(a).

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of December, 2016.

_____
Keith E. Hottle
Clerk of Court